United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLIN AVILEZ, ROSA MARIA ORTEGA BANDA, and ROSA VERELA URQUIDIA, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:21-CV-03718 |
| v. | § § | |
| BLUEBONNET FLORIST, LLC and HAE YOUNG ABUHAMRA, | § § § § | |
| Defendants. | § | |

## ORDER DISMISSING FOR WANT OF PROSECUTION

On April 25, 2023, this Court ordered Plaintiffs Marlin Avilez, Rosa Maria Ortega Banda, and Rosa Verela Urquidia to appear at a hearing on May 5, 2023 and show cause why their case should not be dismissed for want of prosecution and failure to comply with Court Orders. (Dkt. No. 47). Plaintiffs failed to appear. Prior to the May 5 hearing, Plaintiffs also failed to comply with a previous Order to Show Cause. (Dkt. No. 42).

District courts have the inherent authority to dismiss a case for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630–33, 82 S.Ct. 1386, 1389–90, 8 L.Ed.29 734 (1962). Plaintiffs have failed to show cause as to why their case should not be dismissed for want of prosecution and failure to comply with Court Orders. Accordingly, it is **ORDERED** that the Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

It is SO ORDERED.

Signed on May 10, 2023.

                                                              _____
                                                                   **DREW B. TIPTON**
                                                      **UNITED STATES DISTRICT JUDGE**